

### The Law Office of Yan Katsnelson, P.C.
Attorney-At-Law
2550 Victory Boulevard, Suite 304
Staten Island, NY 10314
Phone: 347-470-8306   Fax: 347-695-1581
yan.katsnelsonpc@gmail.com
NY and NJ Licensed Attorney

February 8, 2024

VIA ECF
United States Hon. Analisa Torres
US District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Shikha Sehgal
      Southern District of New York Indictment No. 24 CR 46

Dear Judge Torres:

    The defense submits this letter to request a modification to Mrs. Sehgal's bond restrictions. With no objection from the government or pre-trial services, we request that the Court modify Mrs. Sehgal's bond conditions to permit her to travel to Washington DC. Mrs. Sehgal's son is attending Georgetown University and she would like to be able to visit him throughout the year. This requests includes permission to travel to any States that are on the way to the University, such as New Jersey, Delaware, Pennsylvania and Maryland.

Respectfully,

/s/ [signature]
Yan Katsnelson, Esq.
Attorney for Mrs. Shikha Sihgal

CC: Assistant United States Attorney Jane Chong
Pretrial Services Officer Kristina DePrimo