

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2024

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouses
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Sandeep Grover et al.*, 24 Cr. 46 (AT)

Dear Judge Torres:

The parties respectfully submit this joint letter to request a 30-day adjournment of the defense motions deadline currently scheduled for August 16, 2024.

The Court scheduled the motions deadline on June 7, 2024. After conferring, the parties are requesting an adjournment because they are seriously conferring about possible pretrial dispositions in this matter. For the same reason, and given motions practice is underway, with the defense's consent, the Government also requests exclusion of time under the Speedy Trial Act until the trial scheduled for October 7, 2024, because the ends of justice served by excluding such time outweigh the interests of the public and defendants in a speedy trial.

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

by: _____
                                                Jane Y. Chong
                                                Assistant United States Attorney
                                                (917) 763-3172

By CM/ECF: Vinoo Varghese, Esq.
                   David Adhami, Esq.
                   Yan Katsnelson, Esq.