USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2024



# The Law Office of Yan Katsnelson, P.C.

Attorney-At-Law
2550 Victory Boulevard, Suite 304
Staten Island, NY 10314
Phone: 347-470-8306  Fax: 347-695-1581
yan.katsnelsonpc@gmail.com
**NY and NJ Licensed Attorney**

October 7, 2024

VIA ECF
United States Hon. Analisa Torres
US District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Shikha Sehgal
      Southern District of New York Indictment No. 24 CR 46

Dear Judge Torres:

The defense submits this letter to request a modification to Mrs. Sehgal's bond restrictions. We request that the Court modify Mrs. Sehgal's bond conditions to permit her to travel internationally to Iceland. Mrs. Signal's daughter turns sixteen (16) on December 19th and in lieu of a party it is her wish to travel and see the Northern Lights. We request that Mrs. Sehgal be allowed to travel from December 20th and return on December 28th.

Mrs. Seghal's daughter was much traumatized when her family house was raided by the FBI and her mother arrested. She has had a very hard time coping with the traumatic experience and would love nothing more to be travel with her family to see one of the world's majestic sights.

Pre-Trial Services do not take a position with regards to this request. The Government, however, did not approve.

If approved Mrs. Sehgal will provide all travel documents to Pre-Trial services and follow all instructions set by the court.

Respectfully,

/s/ *(signature)*

Yan Katsnelson, Esq.
Attorney for Mrs. Shikha Sihgal

CC:    Assistant United States Attorney Jane Chong
       Pretrial Services Officer Natasha Ramesar

GRANTED.

SO ORDERED.

Dated: October 10, 2024
       New York, New York

*(signature)*

ANALISA TORRES
United States District Judge